## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

In Re:  
**PAMELA POYNTER**  
              Debtor

Case Number: 16-06298-5-DMW

CHAPTER 7

### NOTICE OF MOTION TO ALLOW VOLUNTARY DISMISSAL

DEBTOR has filed papers with the Court for relief sought in a Motion to Allow the Debtor to Voluntarily Dismiss her case.

If you do not want the court to grant the relief sought in the motion, or if you want the Court to consider your views on the Motion, then on or before February 25, 2019, unless otherwise ordered, the Trustee must file with the court, pursuant to Local Rule 4002-1(g)(5), a written objection, an answer explaining your position, and a request for hearing at:

        U.S. Bankruptcy  
        Clerk of Court  
        P.O. Box 791  
        Raleigh, NC

You must also send a copy to:

| | | |
|---|---|---|
| Pamela Poynter | Marty E. Miller | James Angel |
| 5205 Heelands Court | P.O. Box 3525 | Chapter 7 Trustee |
| Raleigh, NC  27610 | Cary, NC  27519-3525 | P.O. Box 12347 |
| | | Raleigh, NC  27605 |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If no party files a response or requests a hearing, the court may grant the relief sought in the motion and may enter an order granting such relief.

This Wednesday, January 30, 2019.

                                              s/ *Marty E. Miller*  
                                              Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
PAMELA POYNTER

Case Number: 16-06298-5-DMW
CHAPTER 13

Debtor(s)

### MOTION TO ALLOW VOLUNTARY DISMISSAL

Comes now the Debtor, by and through her attorney Marty E. Miller and hereby moves pursuant to 11 U.S.C §364(d)(1) and E.D.N.C. LBR 4002-1(g)(5), to incur additional debt. In support of this motion the Debtor would show the Court that:

1. Debtor filed her Chapter 13 petition on December 7, 2016.

2. Debtor converted her case from Chapter 13 to Chapter 7 on December 3, 2018 in lieu of dismissal by the Court for failure to file a confirmable plan.

3. Debtor now wishes to take a voluntary dismissal of her Chapter 7 case.

WHEREFORE, Debtor prays this Court to allow the Debtor to dismiss her Chapter 7 case.

This Wednesday, January 30, 2019.

CARY LAW

/s/ *Marty E. Miller*

Marty E. Miller, State Bar #22215
Miller & Associates, PLLC
Attorney for the Debtor
P.O. Box 3525
Cary, NC 27519-3525
919-462-1640 (tel)
919-462-1641 (fax)
Marty@CaryLawNC.pro

### CERTIFICATE OF SERVICE

The above-signed attorney hereby certifies that a copy of the above Motion to Allow Voluntary Dismissal has been served on all interested parties required under F.R.B.P. Rule 2002(a)(4) listed below by electronic transmission pursuant to Local Rule 5005-4(9)(b) and by First Class Mail where necessary.

Holmes P Harden
hharden@williamsmullen.com,
karruda@williamsmullen.com;
hharden@ecf.epiqsystems.com;
scass@williamsmullen.com
NC43@ecfcbis.com;
khorton@williamsmullen.com

Neil D. Jonas on behalf of Creditor
Wells Fargo Bank, N.A.
wbecf@brockandscott.com,
cltecfnotices@brockandscott.com

John F. Logan
lweidenhamer@ralch13.com,
casefiles@ralch13.com,
skeighley@ralch13.com

Melissa E. Swaby on behalf of
Creditor Wells Fargo Bank, N.A.
Melissa.swaby@brockandscott.com

| | | |
|---|---|---|
| Amerisol<br>Po Box 7<br>Vassar, MI 48768 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108 | Optimum Outcomes<br> 2651 Warrenville Rd Ste<br>Downers Grove, IL 60515 |
| Dr Leonard's/Carol Wright<br>Po Box 2845<br>Monroe, WI 53566 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566 | U S Dept Of Ed/gsl/atl<br>Po Box 4222<br>Iowa City, IA 52244 |
| Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | Onemain Finance<br>Po Box 499<br>Hanover, MD 21076 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Way<br>Des Moines, IA 50306 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | | |